UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED OCT 1 0 2018

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRIAN ALEXANDER MEDINA BRAVO (1),

Defendant.

Case No. 17CR3275-W

JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated: 10/10/2018

Hon. Mitchell D. Dembin
United States Magistrate Judge